RECEIVED

APR - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KEVIN JAMES PITRE**<br>**LA. DOC #350660**<br>**VS.** | **CIVIL ACTION NO. 6:15-cv-2438**<br><br>**SECTION P**<br><br>**JUDGE DOHERTY** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* relief is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __4__ day of __April__, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE